IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita Leeson Weinshienk

Civil Action No. 10-cv-01632-ZLW-BNB

HUNTER DOUGLAS, INC.,
HUNTER DOUGLAS WINDOW FASHIONS, INC., and
HUNTER DOUGLAS INDUSTRIES SWITZERLAND GmbH,

    Plaintiffs,

v.

HOMESUBLIME, LLC d/b/a BLINDSGALORE,

    Defendant.

---

ORDER

---

After consideration of the case file herein, I hereby exercise my discretion as a senior judge to decline this case. Therefore, it is

ORDERED that this case is returned to the Clerk's office for reassignment to another judge.

DATED at Denver, Colorado, this 21st day of July, 2010.

BY THE COURT:

*Zita Leeson Weinshienk*
_____
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court