**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:10-cv-01632-MSK

HUNTER DOUGLAS INC.,

HUNTER DOUGLAS WINDOW FASHIONS, INC., and

HUNTER DOUGLAS INDUSTRIES SWITZERLAND GmbH,

      Plaintiffs,

v.

HOMESUBLIME, LLC d/b/a BLINDSGALORE,

      Defendant.

## STIPULATED NOTICE OF DISMISSAL WITHOUT PREJUDICE

    Plaintiffs Hunter Douglas Inc, Hunter Douglas Window Fashions, Inc., and Hunter Douglas Industries Switzerland GmbH and Defendant Homesublime, LLC d/b/a Blindsgalore, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby file this Stipulated Notice of Dismissal Without Prejudice.

DATED this 17th day of August, 2010.

| | |
|---|---|
| By: /s/ Donald A. Degnan<br>Donald A. Degnan<br>Nadya C. Bosch<br>HOLLAND & HART LLP<br>1800 Broadway Street, Suite 300<br>Boulder, Colorado  80302<br>Telephone:  303-473-2700<br>Facsimile:   303-473-2720<br>ddegnan@hollandhart.com<br>ncbosch@hollandhart.com<br><br>**ATTORNEYS FOR PLAINTIFFS** | By:  /s/ Sarah M. Clark<br>Sarah M. Clark<br>WELBORN, SULLIVAN, MECK & TOOLEY, P.C.<br>821 17th Street, Suite 500<br>Denver, Colorado  80202<br>Telephone:  303-830-2500<br>Facsimile:   303-832-2366<br>sclark@wsmtlaw.com<br><br>**ATTORNEYS FOR DEFENDANT** |

4893816_1.DOC