➤ AO 120 (Rev. 2/99)

| TO:<br><br>Commissioner of Trademarks<br>P.O. Box 1451<br>Alexandria, VA 22313-1451 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|

In Compliance with 35 § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court _____ Colorado _____ on the following **Trademarks**

| DOCKET NO.<br>10-cv-01632-ZLW | DATE FILED<br>7/9/10 | U.S. DISTRICT COURT<br>**FOR THE DISTRICT OF COLORADO** |
|---|---|---|
| PLAINTIFF<br>Hunter Douglas Inc. Et al | | DEFENDANT<br>Homesublime, LLC |

| PATENT OR | DATE OF PATENT | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 | | **Please see copy of Complaint attached hereto** |
| 2 | | |
| 3 | | . |
| 4 | | |
| 5 | | |

In the above—entitled case, the following patent(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | |
|---|---|---|
| PATENT OR | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | . |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| Stipulated Notice of Dismissal. |

| CLERK<br>GREGORY C. LANGHAM | (BY) DEPUTY CLERK<br>*[signature]* | DATE<br>9/13/10 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Commissioner    Copy 3—Upon termination of action, mail this copy to
Copy 2—Upon filing document adding patent(s), mail this copy to Commissioner    Copy 4—Case file copy